# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 28, 2015

Clerk
Court of Appeals of Texas, Third District
209 W. 14th Street, Rm.101
Price Daniel Building
Austin, TX  78711

> Re:  Wesley Eugene Perkins
>      v. Texas
>      No. 15-548
>      (Your No. 03-14-305-CR)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 23, 2015 and placed on the docket October 28, 2015 as No. 15-548.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst

RECEIVED
NOV 0 5 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

OFFICE OF THE CLERK
# SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



NEOPOST
11/20/2015
US POSTAGE $000.48⁵

FIRST-CLASS MAIL

US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120021